IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KENDELL GORDON § <br> § <br> *Plaintiff,* § <br> § <br> VS. § <br> § <br> BRIAN MARQUIS MORGAN, § <br> Z-WIL TRUCKING, INC., AND § <br> RAYBORN TRUCKING, LLC § <br> § <br> *Defendants.* § | CIVIL ACTION NO. 1:23-CV-00454 <br> JUDGE MICHAEL J. TRUNCALE |

## ACKNOWLEDGMENT OF DISMISSAL

The Parties have filed a Joint Stipulation of Dismissal of Defendants [Dkt. 35] pursuant to Federal Rule of Civil Procedure 41. Accordingly, the Court acknowledges that this matter is **DISMISSED WITH PREJUDICE** as to Defendants Z-WIL Trucking, Brian Morgan, and Rayborn Trucking, LLC, effective the date of the Parties' dismissal. Each Party shall bear its own attorneys' fees and costs.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT.**

SIGNED this 9th day of August, 2024.

Michael J. Truncale
United States District Judge